IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          Criminal No. 6:18-cr-60014-SOH-1

RANDALL MORRIS                                              DEFENDANT

## ORDER

Currently before the Court is the Motion to Compel filed by Defendant, Randall Morris ("Morris") on April 6, 2026.  (ECF No. 128).  Morris seeks an Order from the Court to compel his former defense attorney, Ben Hooten, to provide his criminal case file.  The Motion was referred to the undersigned for disposition.  (ECF No. 129).  On May 15, 2026, Mr. Hooten filed a Motion to Dismiss the Motion to Compel arguing, *inter alia*, that there is no proper proceeding pending to grant the Motion to Compel.  (ECF No. 130).  On June 2, 2026, Morris filed a Response to Mr. Hooten's Motion to Dismiss, stating that he "does not oppose Mr. Hooten's motion to dismiss," as another of his former attorneys, Travis Morrissey, provided the requested documents to him.  (ECF No. 131).  The Motion to Dismiss (ECF No. 130) is, therefore, **GRANTED**, and the Motion to Compel (ECF No. 128) is **DENIED**.

IT IS SO ORDERED on this 3rd day of June 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE